# IN THE COURT OF APPEALS OF IOWA

No. 17-0024
Filed April 19, 2017

**IN THE INTEREST OF D.I. and A.I.,**
**Minor Children,**

**D.I., Father,**
　　Appellant.
_____

　　Appeal from the Iowa District Court for Linn County, Barbara H. Liesveld, District Associate Judge.


　　A father appeals the termination of his parental rights.  **AFFIRMED.**


　　Michael M. Lindeman of Lindeman Law, Cedar Rapids, for appellant father.

　　Thomas J. Miller, Attorney General, and Mary A. Triick, Assistant Attorney General, for appellee State.

　　Kimberly A. Opatz of Linn County Advocate, Cedar Rapids, guardian ad litem for minor children.


　　Considered by Vogel, P.J., and Doyle and McDonald, JJ.

**DOYLE, Judge.**

The father's parental rights to his children, D.I. and A.I., were terminated by the juvenile court pursuant to Iowa Code section 232.116(1)(f) and (*l*) (2016).[1] On appeal, the father argues the State failed to prove subsection (4) under section 232.116(1)(f), but he makes no argument the State failed to prove the elements under paragraph (*l*). His failure to make any argument concerning termination of his parental rights under section 232.116(1)(*l*) waives a challenge to termination under this paragraph. *See In re D.S.*, 563 N.W.2d 12, 15 (Iowa Ct. App. 1997) (finding principles of res judicata barred a father who failed to appeal a juvenile court order from raising the challenge on appeal); *see also Hyler v. Garner*, 548 N.W.2d 864, 870 (Iowa 1996) (stating "our review is confined to those propositions relied upon by the appellant for reversal on appeal"). We need only find termination proper on one ground to affirm. *See In re A.B.*, 815 N.W.2d 764, 774 (Iowa 2012). Accordingly, we affirm the termination of the father's parental rights under section 232.116(1)(*l*). In any event, the grounds for termination under section 232.116(1)(f) were proved by clear and convincing evidence.

**AFFIRMED.**

---

[1] The mother's parental rights were also terminated. She is not a party to this appeal.